

FILED
OCT 14 2015
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 15-40051 |
| Plaintiff, | SUPERSEDING INFORMATION |
| vs. | USE OF INTERSTATE FACILITIES TO TRANSMIT INFORMATION ABOUT A MINOR |
| JOSE JOAQUIN OXLAJ, | |
| Defendant. | 18 U.S.C. § 2425 |

The Assistant United States Attorney charges and informs the Court:

On or about April 9, 2015, in the District of South Dakota, the defendant, Jose Joaquin Oxlaj, using a facility and means of interstate commerce, that is, a cellular telephone with access to the internet, knowingly initiated and attempted to initiate the transmission of the electronic mail address of another individual knowing that other individual had not attained the age of 16 years, with the intent to entice, encourage, offer, or solicit any person to engage in any sexual activity for which any person can be charged with a criminal offense, including, but not limited to criminal prosecution for solicitation of a minor, in violation of South Dakota Codified Laws 22-24A-5, all in violation of 18 U.S.C. § 2425.

Dated this 14TH day of October, 2015.

RANDOLPH J. SEILER
UNITED STATES ATTORNEY

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410