FILED
OCT 14 2015
[signature] CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR15-40051 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| JOSE JOAQUIN OXLAJ, | |
| Defendant. | |

---

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On April 9, 2015, Jose Joaquin Oxlaj, the Defendant, sent an electronic mail via his telephone to a law enforcement officer posing as an individual offering various sex acts with a 15-year-old minor for money as part of a sting operation. The electronic mail contained the name of a fictional minor and was sent to solicit the undercover officer to cause the minor under his control to engage in an illegal sex act with the Defendant. Defendant was 26 years of age at the time. The sex act solicited was that the female minor perform oral sex on the Defendant, which would have violated SDCL 22-22-7 Sexual Contact with a Child Under Sixteen Years of Age. All of this was in violation of 18 U.S.C. Section 2425.

RANDOLPH J. SEILER
ACTING UNITED STATES ATTORNEY

_October 13, 2015_
Date

_[signature]_
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov

10/12/15
Date

_[signature]_
Jose Joaquin Oxlaj
Defendant

10/12/15
Date

_[signature]_
Michael J. Butler
Attorney for Defendant

[2]